1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

8

9    UNITED STATES OF AMERICA,

10              Plaintiff,                          **Case No.** C70-9213
                                                    Phase I Sub-proceeding
11         v.                                       No. 01-01 (Culverts)

12    STATE OF WASHINGTON,                          MINUTE ORDER
13              Defendants.                         Re: Settlement Conference

14
15
16

THIS MATTER was referred by the Honorable Ricardo S. Martinez for purposes of a Settlement
17
18 Conference.  The parties and counsel appeared August 30, 2005 as directed and met with U.S. Magistrate
19 Judge J. Kelley Arnold.

20         The parties were unable to resolve the matter which is currently set for trial in March, 2007.  This court
21 sees no reasonable utility in further Judicial Settlement intervention at this time.  Should the parties jointly
22 request further settlement discussion and assert the same would be fruitful, they are invited to contact the court.

23         Entered at the direction of U.S. Magistrate Judge J. Kelley Arnold this 7th day of September, 2005, by
24 deputy clerk    /s/ Kelly Miller.

25
26
27
28

ORDER
Page - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28