THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF WASHINGTON, et al.,<br><br>Defendants. | Case No.: C70-9213<br>Subproceeding No. 01-1 (Culverts)<br><br>DECLARATION OF JOSEPH R. TAYLOR III IN SUPPORT OF PLAINTIFF-TRIBES' MOTION FOR SUMMARY JUDGMENT |

I, Joseph E. Taylor III, hereby declare as follows:

1. I am currently Associate Professor & Canada Research Chair in History and Geography at Simon Fraser University. I have a Ph.D in History, awarded in 1996 from the University of Washington, and have been teaching that topic at the university level since 1996.

2. My fields of specialization and experience include history of the North American West, environmental history, United States 19th and 20th century social and cultural history, American colonial history, history of science, and colonial Latin American history. I have published numerous



Kanji & Katzen, PLLC
100 S. King Street, Suite 560
Seattle, WA 98104
206-344-8100

academic papers and books on the history of the American West, including Native American history and issues. My CV is attached to this declaration.

3. I was asked by counsel for Plaintiff Tribes in this sub-proceeding to investigate the status of salmon populations in western Washington as of 1854-1855; describe the size and scope of impacts on those populations from non-Indian development and settlement, if any, as of that time; describe the public perception and understanding of the status of salmon/fish populations in western Washington as of 1854-55; and, describe the 1854-1855 public attitude and expectation regarding the future of western Washington salmon/fish populations in the future given the expectation for increased settlement and development. I prepared a written report setting forth the results of that investigation. This declaration is a summary of portions of that report.

4. During 1854 and 1855, Washington Territorial Governor Isaac I. Stevens negotiated the treaties of Medicine Creek, Point-No-Point, Olympia, Point Elliott and Neah Bay. In 1854-1855, white settlement and its environmental impact on Puget Sound remained modest, and the fisheries appeared to Indians and whites alike to be inexhaustible. Indeed, as white settlers arrived in the Puget Sound region, they consistently noted the size, diversity, and centrality of salmon in Northwest life, and they speculated about how best to develop commercial fisheries in the region. To the settlers, Puget Sound's salmon stocks appeared inexhaustible, if properly cared for. In 1845, Samuel Crockett noted in his journal that the "great quantities of fish found in the pacific [sic] waters are beyond description: the Salmon is the most plentiful and valuable fish taken here though their [sic] are different kinds of other fish that are very good." White settlers imitated the Indians they encountered, embracing salmon as a crucial food resource and as a source of profit. In 1854-1855, both Indians and non-Indians assumed that salmon would continue to fulfill their subsistence and trade needs in the future.



Kanji & Katzen, PLLC
100 S. King Street, Suite 560
Seattle, WA 98104
206-344-8100

5. During the period of treaty negotiations, the number of white settlers remained small and their settlements widely-dispersed. In November, 1853, Colonel J. P. Anderson conducted a territorial census and recorded only 3,965 non-Indians living in the case area. There were at that late date still nearly twice as many Indians as non-Indians living in Washington Territory. And, because they were so few and so isolated from one another, by 1854-1855 white settlers on Puget Sound had had little discernable impact on the region's environment. White settlers were anxious to profit from the region's rich fisheries. They were eager, too, to exploit its game, soil, minerals and timber. But by 1854-1855, white industry remained very limited and localized, and its environmental impact was too modest to noticeably degrade salmon habitat and damage salmon fisheries. Trappers had not yet killed enough beavers to impact salmon habitat; farmers had altered only a tiny fraction of the area by 1855, and had had no discernible impact on salmon runs; miners had had only a minimal impact on salmon runs in the study area; loggers were suffering through an industry recession during 1854-1855, and had not yet seriously damaged salmon runs. Although trapping, farming, mining and logging had already altered human settlement patterns and initiated important environmental changes by 1854-1855, none of these activities had yet created perceptible disruptions in Indian economies or in the health of salmon runs by the period of treaty negotiations.

6. In the years immediately preceding the treaty negotiations, Puget Sound salmon habitat remained healthy. Salmon harvests in 1854-1855 were larger than usual, and white settlers in those years continued to celebrate the abundance of the catch. Settlers like James Swan continued to feed heavily on salmon. Never did white observers worry that the salmon fishery they so revered would ever decline. In late 1853, George Suckley, who was sent to Washington Territory to survey fish resources, wrote his brother John that, "We have, in the Sound, Salmon, Cod, and many other fish, Clams of



Kanji & Katzen, PLLC
100 S. King Street, Suite 560
Seattle, WA 98104
206-344-8100

various kinds, some of which attain the length of a foot or more." In his official report to Congress, *The Natural History of Washington Territory...*, published in 1859, he went further:

> Quite abundant as far south as San Francisco, we find these fish [salmon], as we proceed north, increasing in species and in numbers, until, in arriving at the Columbia river, and at the rivers near Vancouver's Island or the streams falling into Puget Sound, they form one of the most striking wonders of the region. There vast numbers of these fish, differing in anatomical peculiarities, species, and color, and changing much with age, sex, and condition, season of the year, or quality of the water, astonish by their number, and confuse with their variety.

While the arrival and activities of white settlers had begun to alter salmon habitats by 1854-1855, these alterations had had no discernable impact on the size or stability of Pacific salmon populations; at the time of the treaty negotiations, Puget Sound's waters teemed with salmon.

7. During 1854-1855, white settlement had not yet damaged Puget Sound fisheries. During those years, Indians continued to harvest fish for subsistence and trade as they had in the past. Given the slow pace of white settlement and its limited and localized environmental impact, Indians had no reason to believe during the period of treaty negotiations that white settlers would interfere, either directly through their own harvests or indirectly through their environmental impacts, with Indian fisheries in the future. During treaty negotiations, Indians, like whites, assumed that their cherished fisheries would remain robust forever.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 11 day of August 2006, at Seattle, Washington.

Joseph E. Taylor III



Kanji & Katzen, PLLC
100 S. King Street, Suite 560
Seattle, WA 98104
206-344-8100

# SIMON FRASER UNIVERSITY

DEPARTMENT OF HISTORY
FACULTY OF ARTS



BURNABY, BRITISH COLUMBIA
CANADA V5A 1S6
Telephone: (604) 291-3521
Fax: (604) 291-5837

Joseph E. Taylor III

***Personal***

Born 2 April 1958
Home Residence: 4-3347 Dewdney Trunk Road, Port Moody, British Columbia V3H 2E4
Home Telephone: (604) 469-4844
Office: Department of History, Simon Fraser University, Burnaby, BC V5A 1S6
Contacts: (604) 291-4400; Fax: (604) 291-5837; email: taylorj@sfu.ca

***Education***

Ph.D., Department of History, University of Washington, 1996
M.A., Department of History, University of Oregon, 1992
B.S. with Honors, Department of History, University of Oregon, 1990

Fields of specialization and experience: history of the North American West, environmental history, United States 19th and 20th century social and cultural history, American colonial, history of science, colonial Latin America

***Employment***

Associate Professor & Canada Research Chair in History and Geography, Simon Fraser University, 2004-
Associate Professor, Department of History, Iowa State University, 2002-2003
Assistant Professor, Department of History, Iowa State University, 1996-2002

***Teaching Experience***

2004-: Associate Professor and Canada Research Chair in the History and Geography Departments at Simon Fraser University, teaching undergraduate and graduate courses in environmental, western North American, and fisheries history.

1996-2003: Assistant and Associate Professor, Iowa State University, teaching undergraduate lecture course on the environmental history of North America and the social and cultural history of the American West and North American frontiers, and teaching graduate field and research seminars in environmental history and the history of the American West. At Iowa State University I also participated in a faculty retreat to discuss tenure issues, and I have served on a university scholarship committee, the Science and Technology in Society Program's speaker committee, the history department's curriculum committee, and two candidate search committees.

1994-1995: Teaching Assistant, Department of History, University of Washington

1991-1992: Graduate Teaching Fellow, Department of History, University of Oregon

***Awards & Honors***

SFU/SSHRC Institutional Grant for "Transnational Management of the Pacific Halibut Fisheries," Simon Fraser University, Spring 2005.

Nominated by University of Washington Press for the 2005 François-Xavier Garneau Award by the Canadian Historical Association/Société historique du Canada for *Making Salmon: An Environmental History of the Northwest Fisheries Crisis.*

Nominated by *Western Historical Quarterly* for 2005 Best Western Short Nonfiction Award by the Western Writers of America for "The Many Lives of the New West."
Nominated by *Western Historical Quarterly* for 2005 ABC-CLIO America: History and Life Award for "The Many Lives of the New West."
Honorable Mention, Joel Palmer Award, Oregon Historical Society, 2004.
President's Research Grant Fund, Simon Fraser University, Spring 2004.
Canada Foundation for Innovation Grant for "Environmental History Data Lab," 2003-2006 (Project No. 201853)
Tier II Canada Research Chair, Simon Fraser University, 2004-
John D. and Catherine T. MacArthur Fellow in Environmental Studies, National Humanities Center, Research Triangle, North Carolina, 2002-2003 (206-04-33NHC History)
Stanford Humanities Center Alternate Fellow, Stanford, California, 2002-2003
Sabbaticals in the Parks Program, Yosemite National Park, Winter-Spring 2002
National Science Foundation Scholars Award for "'Pilgrims of the Vertical:' Climbing Technology, Consumerism, and Nature," 2001-2002, (SES-0117993)
Research Grant, Council on the Scholarship in the Humanities, ISU, Summer 2001
2000 *Library Journal* Ten Best Books in Technology and Science for *Making Salmon: An Environmental History of the Northwest Fisheries Crisis*
2000 Theodore C. Blegan Award: Forest History Society's award for best article in forest and conservation history in 1999 for "El Niño and Vanishing Salmon"
2000 George Perkins Marsh Prize: American Society for Environmental History's prize for best book prize in 1999 for *Making Salmon: An Environmental History of the Northwest Fisheries Crisis*
1999 Oscar O. Winther Prize: Western History Association's prize for best article in the *Western Historical Quarterly* in 1998 for "El Niño and Vanishing Salmon"
Research and Travel Grant, Council on the Scholarship in the Humanities, ISU, 1999-2000
Foreign Travel Grant, ISU, 1999
1997 Phi Alpha Theta/Westerners International Prize for best dissertation in 1996 for "Making Salmon: Economy, Culture, and Science in the Oregon Fisheries"
Research Travel Grant, ISU, 1997-1998
Research Grant, Hoover Presidential Library Association, West Branch, Iowa, 1997
Dissertation Improvement Grant for "The Influence of Culture, Economy, and Science in the Development of Oregon Salmon Management," National Science Foundation, 1996 (SBER95-30648)
Dibner Institute of Science and Technology, Summer Seminar on "Ecology and Conservation Biology," Woods Hole, Massachusetts, July 1995
Runner-up, John C. Powers Prize, Best Graduate Student Paper, Department of History, University of Washington, 1995
Pre-Doctoral Fellowship for "Making Salmon: Transcontinental Discourses in Salmon Culture, 1870-1941," Smithsonian Institution, 1995
Pre-Doctoral Fellowship for "Making Salmon: Transcontinental Discourses in Salmon Culture, 1870-1941," Smithsonian Institution, 1994
Graduate Teaching Assistant, University of Washington, 1994-1997
W. W. Stout Research Fellowship, University of Washington, 1993
John Calhoun Smith Memorial Scholarship, University of Washington, 1992-1994
Graduate School Honors Fellowship, University of Kansas, 1992 (Declined)
Graduate Teaching Fellowship, University of Oregon, 1991-1992
State of Oregon Laurel Award, University of Oregon, 1991 (Declined)

***Current Research Projects***

**Books**

*Pilgrims of the Vertical: Rock Climbing and Modern Environmental Culture*
*Food Chains and Weak Links: An Environmental History of the Northeast Pacific Fisheries*

*Saving the Range: Edward Thomas Taylor and the Taylor Grazing Act*

**Articles**

"Seeking the Entangled Bank of Salmon Recovery" : (11/01 submitted to *Fisheries,* Magazine of the American Fisheries Society, Mss. #N01-003; 3/02 under revision

"History, Memory, and Salmon: Reconciling the Geography of the Past in Resource Management"

"The Limits of 'Knowing Nature': Material and Cultural Approaches to Environmental History"

***Publications***

**Books**

*Making Salmon: An Environmental History of the Northwest Fishery Crisis* (Seattle: University of Washington Press, 1999).

**Refereed Articles and Essays**

"History of Salmonid Hatchery Programs," and "The Political Implications of Hatchery Programs," for *Advances in Marine Biology*, ed. Ray Hilborn and Kerry Naish (submitted).

"Climber, Granite, Sky," *Environmental History* (accepted for publication, January 2006).

"Mapping Adventure: Class and Gender in Yosemite Valley's Climbing Landscapes," *Journal of Historical Geography* 31 (October 2005): ***.

"The Many Lives of the *New West,*" *Western Historical Quarterly* 35 (Summer 2004): 141-65.

"Master of the Seas? Herbert Hoover and the Western Fisheries," *Oregon Historical Quarterly* 105 (Spring 2004): 40-61.

"Regional Unifier or Cultural Catspaw: The Cultural Geography of Salmon Symbolism in the Pacific Northwest," in *Imagining the Big Open: Nature, Identity and Play in the New West*, ed. Liza Nicholas, Elaine M. Bapis, and Thomas J. Harvey (Salt Lake City: University of Utah Press, 2003), 3-26.

"The Historical Roots of Canadian-American Salmon Wars," in *Parallel Destinies: Canadians, Americans, and the Western Border,* ed. John Findlay and Ken Coates (Seattle: University of Washington Press, 2002), 155-80.

"'Well Thinking Men and Women': The Battle for the White Act and the Meaning of Conservation in the 1920s" *Pacific Historical Review* 71 (August 2002): 356-87.

"Misplaced Concreteness: Prospects and Problems with Interdisciplinary Approaches to the Fisheries," in *Microbehavior and Macroresults: Proceedings of the Tenth Annual Conference of the International Institute of Fisheries Economics and Trade* (Corvallis: IIFET, 2000).

"'Politics Is at the Bottom of the Whole Thing:' Spatial Relations of Power in Oregon Salmon Management," in *Power and Place in the North American West,* ed. Richard White and John Findlay (Seattle: University of Washington Press, 1999), 233-63.

"Burning the Candle at Both Ends: Historicizing Overfishing in Oregon's Nineteenth-Century Salmon Fisheries," *Environmental History* 4 (January 1999): 54-79.

"El Niño and Vanishing Salmon: Culture, Nature, History, and the Politics of Blame," *Western Historical Quarterly* 29 (Winter 1998): 437-57.

"Making Salmon: The Political Economy of Fishery Science and the Road Not Taken," *Journal of History of Biology* 31 (March 1998): 33-59.

"For the Love of It: A Short History of Commercial Fishing in Pacific City, Oregon," *Pacific Northwest Quarterly* 82 (January 1991): 22-32.

**Non-refereed Articles/Encyclopedia Entries**

"Claiming Nature in North America," *Annual Proceedings of the Association for Canadian Studies in the United States* (2005, submitted).

"Columbia River" in *The Encyclopedia of World Environmental History*, 3 vols. (Boston: Berkshire Publishing Group and Routledge Press, 2004): 1:249-50.

"Salmon," in *The Encyclopedia of World Environmental History*, 3 vols. (Boston: Berkshire Publishing Group and Routledge Press, 2004): 3:1091-94.

"Sturgeon," in *The Encyclopedia of World Environmental History*, 3 vols. (Boston: Berkshire Publishing Group and Routledge Press, 2004): 3:1165-66.

"Americans and the Past and Future of Terrorism," for *Voices of Iowa*, WOI-AM, Ames, Iowa, 21 October 2001.

"Fisheries," in *The Oxford Companion to United States History*, ed. Paul Boyer (New York: Oxford University Press, 2001), 268.

"*Author's Hour*, Joseph Taylor, Author of *Making Salmon*," TVW, Olympia, Washington, 14 March 2001.

"A History of the Northwest Fisheries Crisis," for *Weekday with Steve Sher*, KUOW, Seattle, Washington, 13 March 2001.

"Towards a Political Solution for Salmon Recovery," interview in *Environmental Review* 7 (November 2000): 1-8.

Interview for program on "Sea Creatures," for *To the Best of Our Knowledge*, Wisconsin Public Radio, Public Radio International, 11 June 2000.

"Earth Day in Historical Perspective," for *Talking History*, National Public Radio program produced at Creighton University, April 1999.

"Fisheries: The West," in *The Reader's Encyclopedia of the American West*, ed. Howard Lamar (New York: Harper Collins, 1998), 370-73.

"Dory Days Celebration," *Lincoln City News Guard* (9 July 1997), 5; *Tillamook Headlight Herald*, July 1997.

**Book Reviews**

I have book reviews and review essays for *Agricultural History, American Historical Review, Annals of Iowa, BC Studies, Diplomatic History, Environmental History, History and Philosophy of the Life Sciences, Journal of American History, Journal of the History of Biology, Journal of the West, Nevada Historical Society Quarterly, New Mexico Historical Review, The Northern Mariner/Le marin du nord, Oregon Historical Quarterly, Pacific Historical Review, Pacific Northwest Quarterly, The Public Historian*, and *Western Historical Quarterly*

***Papers and Presentations***

"Boundary Terminology," American Society for Environmental History, March 2006, Minneapolis, Minnesota.

"Thinking in Five Dimensions," Presidential Lecture Series, Simon Fraser University, November 2005.

"Limning Uncertainty: Reimagining Fisheries Discourse," Ecosystem Workshop, Canadian Institute for Advanced Studies, Victoria, BC, 14 December 2004.

"So What If 'Wimmin Is Everywhere'? Gender and Modern Recreation," Science and Society Speaker Series, Green College, University of British Columbia, 25 November 2004.

"Limning Uncertainty: Toward a History of the Northeast Pacific Fisheries," University of Washington Fisheries School, 18 November 2004.

"Claiming Nature in the North American West," plenary talk for the Association for Canadian Studies in the United States, Vancouver, October 2004.

"Having Our Salmon: Academia, Advocacy, and Consumption" and "A Short History of a Long Problem: Indians, Conservation, and Salmon," Bowdoin College, 30 April 2004.

Chair and Commentator for "Mountain Culture/Urban Culture: Vancouver's North Shore Mountains as Borderland," American Society for Environmental History, March 2004, Victoria, British Columbia.

Commentator, "Competing Visions of Cultural Places and Natural Speaces: Native Americans and Non-Indian Landscapes," American Society for Environmental History, March 2004, Victoria, British Columbia.

Co-Hosted inaugural breakfast meeting of Canadian Environmental Historians at the 2004 Meeting of the American Society for Environmental History, Victoria, BC, 3 April 2004.

Commentator for "Immigrants in Canada" Session, Association for Canadian Studies in the United States Annual Conference, Portland, Oregon, 23 November 2003.

"The Trouble With Historians: Academics, Advocates, and Environmental Politics," ISU Student Environmental Council, 11 September 2003, Iowa State University.

"What's Nature Worth? A Multidisciplinary Conversation with Scott Slovic and Peggy Bartlett," Center for Excellence in the Arts and Humanities, Iowa State University, 21 October 2003.

"The Food of Kings: Advocacy, Academics, and Consumption," Environmental Ethics Certificate Program, University of Georgia, 6 February 2003; Southern Illinois University, 7 March 2003.

Lecture on *Making Salmon*, University of South Carolina, 14 November 2002

"Exploring the Dynamic Diversity of the Marine Environment," Third Annual History of Marine Animal Populations Workshop, University of New Hampshire, August 2002.

"What's New?: The Unbroken Desire for Homogeneity in the American West," Symposium for William G. Robbins, Oregon State University, Corvallis, 21 April 2002.

"Technology, Culture, and the State: The Historical Problem of Regulating Climbing Bolts in the National Park Service," National Park Service Seminar, El Portal, California, March 2002.

"A Social and Cultural History of Climbing Guidebooks," Iowa State University Climbing Club, December 2001

"Seeking the Entangled Bank: Ecologically and Economically Sustainable Salmon Recovery," for Program on the Environment, University of Washington, Seattle, October 2001

"Apocalypse Then: Environmental Disasters and the Making of California," Chair, Western Historical Association annual conference, San Diego, October 2001

"Mapping Adventure: A History of Spatial Representation in Rock Climbing," the International Conference of Historical Geographers, Quebec City, August 2001

"What Are We Learning From 'Knowing Nature'?" American Society for Environmental History, Durham, March 2001

"The Salmon Crisis: Lessons about History for Natural Resource Managers," Iowa Chapter of the American Fisheries Society, Ames, 15 January 2001

"Swimming Upstream: The Decline and Restoration of Salmon in the Pacific Northwest," Northwest Bookfest, Seattle, October 2000

"The Great Lakes Region: Where Maritime History and Public History Meet," Session Chair, Organization of American Historians Midwest Regional Conference, Ames, August 2000

"The Nineteenth-Century Salmon Crisis," video lecture, Oregon State University, July 2000

"Misplaced Concreteness: Prospects and Problems with Interdisciplinary Approaches to the Fisheries," International Institute of Fisheries Economics and Trade, Corvallis, July 2000

"Remembering Dead People: Comment on 'Myths, Memories, and Spin,'" Phi Alpha Theta Midwestern Regional Conference, Ames, April 2000

"Nature, Politics, and History: Telling Stories about Salmon" and "Regional Symbol or Cultural Catspaw? The Cultural Geography of Salmon Symbolism," California State University at Chico, March 2000

"Science, Fish Culture, Nature, and the Giddens' Eddy/Beta Version," Science, Technology, and Society Faculty Seminar, Iowa State University, February 2000

"Remembering Overfishing: Literary and Spatial Representations of Habitat Decline in the Nineteenth-Century Pacific Northwest," Program on the Environment, University of Washington, November 1999

"The Moral Economy of Bolts: Ethics, Egos, and Economics in the Yosemite Valley Climbing Community," Pacific Coast Branch of the American Historical Association, Kanapali, 7 August 1999

"Nineteenth-Century Habitat Decline and the Salmon Crisis" and "Inventing a Panacea," Oregon State University, May 1999

"Nature, Politics, and History: Telling Stories about the Past that Serve a Better Future," Pacific Northwest Regional Economic Conference, Boise, May 1999

"Regional Symbol or Social Catspaw? The Cultural Geography of Salmon Symbolism in the Pacific Northwest," American Society for Environmental History, Tucson, April 1999

"'Well Thinking People': The 1924 White Act and the Meaning of Progressive Conservation," Western History Association annual conference, Sacramento, October 1998 *Panel Organizer for "Contesting Conservation: Expanding the Definition of Progressive Conservation"

"History, Memory, and Salmon: Reconciling the Past in Natural Resource Management," Seventh International Symposium on Society and Resource Management, Columbia, Missouri, May 1998

"Conversations on Environment" for "Expanding Environments: Transforming Metaphors of Identity," Iowa State University, March 1998

"Rationalizing the Western Fisheries: Secretary Hoover and the Bureau of Fisheries" and "Comment on 'Herbert Hoover, Fishing, and the Cathedral of Nature'" for "Herbert Hoover: Conservation and Consumption in the American West," Symposium, Newberg, October 1997

"Codifying Crazy: The Historical Roots of Canadian-American Salmon Fights" for "On Brotherly Terms: Canadian-American Relations West of the Rockies," Symposium organized by the Center for the Study of the Pacific Northwest and the Canadian Studies Center, University of Washington, Seattle, September 1996

"Why Fish Culture?" National Marine Fisheries Service, Seattle, May 1996

"Conjuring Salmon: Science and Institutions in American Fish Culture," History of Science Society Annual Meeting, Minneapolis, October 1995

"Salmon and Culture," School of Fisheries, University of Washington, October 1995

"Salmon Culture in the U.S. and Canada: The Political Economy of Science and the Road Not Taken," Western History Association annual conference, Denver, October 1995

"Making Salmon: Conjuring Nature Across Cultures and Time," American Society for Environmental History biennial conference, Las Vegas, March 1995

"Conjuring Salmon: Science and Institutions in American Fish Culture," Columbia History of Science Association Annual Meeting, Friday Harbor, February 1995

"'Politics is at the bottom of the whole thing:' Spatial Relations of Power in Oregon Salmon Management, 1909," for "Power and Place in the American West," Symposium organized by the Center for the Study of the Pacific Northwest, University of Washington, Seattle, November 1994

"Who's In Charge Here Anyway?: Contested Federal Authority at Warm Springs Reservation in the Late Nineteenth Century," Pacific Northwest Historical Association Annual Meeting, Eugene, March 1993

***Service***

**Professional Organizations**

I have been a member of the Western Historical Association and Organization of American Historians since 1992, the American Society for Environmental History since 1995, the History of Science Society from 1995 to 1996, and the American Historical Association since 2001. I have served on the WHA's Walter Rundell Award Committee from 2002-2004, chairing the committee in 2004. I was program Chair for the ASEH's 2004 meeting in Houston. I am currently chairing the ASEH's Publications Committee, and I am a member of Editorial Board for *Pacific Historical Review*. I have reviewed

manuscripts and proposals for *BC Studies,* Blackwell Publishers, Cambridge University Press, *Environmental History, Isis,* National Endowment for the Humanities, National Geographic Society, National Park Service, National Science Foundation, *Oregon Historical Quarterly,* Oxford University Press, *Pacific Historical Review, Pacific Northwest Quarterly,* University of California Press, University of Washington Press, University Press of Kansas, and *Urban Historical Review/Revue D'Historie Urbaine*